02-2146

Foreign Certificate
C.P. Form No. 54

# The Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA, ss.

I, JOSEPH H. EVERS, Prothonotary of the Court of Common Pleas of the County of Philadelphia, DO CERTIFY that the foregoing is a true copy of the Judgment and Docket Entries.

Sallie Mae Servicing, L.P.

, Plaintiff(s), and

Rafael Collazo

, Defendant(s), and

of    September    Term    2004    No. 937    as full, entire and complete as the same remains on file in the Court of Common Pleas, [x] Trial Div. [ ] Family Div.  of the County of Philadelphia aforesaid, in the case above stated.



_____
Prothonotary

I,    James J. Fitzgerald, III    , Administrative Judge of the Court of Common Pleas, [x] Trial Div. [ ] Family Div. , for the County of Philadelphia, DO CERTIFY that the foregoing Record, Certificate and Attestation made by JOSEPH H. EVERS, Prothonotary of the said Court, whose name is thereunto subscribed, and the seal of the said Court affixed, are in due form and made by the proper officers.



_____
Administrative Judge, Court of Common Pleas

I, JOSEPH H. EVERS, Prothonotary of the Court of Common Pleas of the County of Philadelphia, DO CERTIFY that the Honorable ____James J. Fitzgerald, III____ by whom the foregoing Certificate and Attestation were made and whose name is thereby subscribed, was at the time of making thereof and still is, Administrative Judge of the Court of Common Pleas, [x] Trial Div. [ ] Family Div. , of the County of Philadelphia, duly commissioned and sworn; to all whose acts, as such full faith and credit are and ought to be given as well in Courts of Judicature as elsewhere.

In Testimony Whereof, I have hereunto set my hand and affixed the seal Court, this ____4th____ day of ____April____ A.D., 2004

PENGAD-Bayonne, N.J.

ANNEX
A

_____
Prothonotary

10-214 (Rev. 2/02)